## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| JEROME A. REED, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | NO. CIV-19-0674-HE |
| | ) | |
| JOHN B. FOX, Warden, | ) | |
| | ) | |
| Respondent. | ) | |

## ORDER

Jerome A. Reed, a federal prisoner housed at the Federal Transfer Center, filed a §
2241 Petition for Writ of Habeas Corpus pursuant to the savings clause of 28 U.S.C. §
2255(e). Pursuant to 28 U.S.C. § 636(b)(1)(B) and (C), the matter was referred to
Magistrate Judge Suzanne Mitchell for initial proceedings. Judge Mitchell has issued a
Report and Recommendation recommending that the petition be dismissed because it does
not present claims that fall within the savings clause.

Petitioner has failed to object to the Report thereby waiving his right to appellate
review of the factual and legal issues it addressed. Casanova v. Ulibarri, 595 F.3d 1120,
1123 (10th Cir. 2010). Being in substantial agreement, the court **ADOPTS** the Report and
Recommendation [Doc. #7]. Petitioner's action is **DISMISSED** without prejudice.

**IT IS SO ORDERED**.

Dated this 13th day of September, 2019.

JOE HEATON
UNITED STATES DISTRICT JUDGE